# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130453

BRENETTA MILHOUSE,
       Plaintiff-Appellant,

v

MICHIGAN BASIC PROPERTY
INSURANCE ASSOCIATION, GERALD
K. SITKO, AUTO CLUB INSURANCE
COMPANY, d/b/a AAA MICHIGAN, and
AUTO CLUB INSURANCE ASSOCIATION,
d/b/a AAA MICHIGAN,
       Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130453
COA: 257701
Wayne CC: 02-235991-CK

On order of the Court, the application for leave to appeal the December 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

s0918